Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*FILED*

*OCT 14 2022*

*U.S. DISTRICT COURT-WVND*
*CLARKSBURG, WV 26301*

Ricardo Reyes

_____

*Your full name*

v.

S. Lovett, H. Ray, D. Burnisky,
G. Mims, K. Blanke, Dr. Crouch

_____

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
**(*BIVENS* ACTION)**

Civil Action No.: _____5:22cv 250_____
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Prince

### I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

### II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Name of Plaintiff: Ricardo Reyes   Inmate No.: 16589-014
Address: U.S.P Hazelton, P.o. Box 2000, Bruceton Mills, WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.  Name of Defendant: S. Lovett
Position: Complex Warden
Place of Employment: U.SP Hazelton
Address: 1640 Skiview Dr, Bruceton Mills, WV 26525
or P.o Box 450, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: The Warden in his official
Capacity is liable for failure to properly train prison
employees / Subordinates that would have prevented my
eighth amendment Constitutional rights from being violated.
Warden was aware of the violation against me and fail to act.

B.1  Name of Defendant: H. Ray
Position: Associate Warden of Operation
Place of Employment: U.SP Hazelton
Address: 1640 Skiview Dr, Bruceton Mills, WV 26525
or P.o Box 450, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: Violated my eighth
amendment right. Fail to act to keep my life
Safe.

B.2  Name of Defendant: D. Burnisky
Position: Associate Warden of Programs
Place of Employment: 1640 Skiview Dr, Bruceton Mills, WV 26525
Address: U.SP Hazelton or P.o. Box 450, Bruceton Mills
WV 26525
Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: Violated my eighth amendment right. Fail to act to keep my life safe.

B.3   Name of Defendant: J. Watson
Position: Executive assistance
Place of Employment: U.SP Hazelton
Address: 1640 Ski view Dr, Bruceton Mills, WV 26525 or P.O. Box 450, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: Violated my eighth amendment rights. Fail to act, to keep my life safe.

B.4   Name of Defendant: G. Mims
Position: MD/CD
Place of Employment: USP Hazelton
Address: 1640 Ski view Dr, Bruceton Mills, WV 26525 or P.o. Box 450, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: Violating my eighth amendment rights. Being "Deliberately Indifferent" to my medical needs and care. By doing so putting my life in grave danger every single day.

B.5    Name of Defendant: Kith Blanke
       Position: Health Sevices Administrator (H.SA)
       Place of Employment: U.S P Hazelton
       Address: 1640 SKiview Dr, Bruceton Mills, WV 26525
       Or P.o. Box 450, Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Violated my eighth amendment
rights. Was "Deliberately indifferent" to my medical
needs and care. Ignored my medical file and by
doing so put my life in grave danger every day
and still is.

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: U.SP Hazelton

A.    Is this where the events concerning your complaint took place?
      ☑ Yes        ☐ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution
      where the events occurred?      ☑ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
      prisoner grievance procedure?
      ☑ Yes        ☐ No

D.    If your answer is "NO," explain why not: _____

_____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure
      number(s) in which the claims raised in this complaint were addressed

Continuation From Attachment A  Page 10

B.6 Name of Defendant: Dr Crouch
Position: Acting Chief Psychologist/Challenger Program Coordinator.
Place of Employment: U.S.P Hazelton
Address: 1640 Skiview Dr, Bruceton Mills, WV 26525 or
P.O. Box 450, Bruceton Mills, WV, 26525

Was this Defendant acting under the authority or color of federal State law at the time these claims occured? ☑ Yes   ☐ No

If your answer is "yes", briefly explain: The Defendant Violated My eighth amendment rights and fail to act and follow thragh with my care. Did not do anything to help me after made aware of my delema.

B.7 Name of Defendant: Ellis
Position: D-I Unit Manager
Place of Employment: U.S.P Hazelton
Address: 1640 Skiview Dr, Bruceton Mills, WV 26525 or
P.O. Box 450, Bruceton Mills, WV 26525.

Was this Defendant acting under the authority or color of federal State law at the time these claims occured ☑ Yes   ☐ No

If your answer is "Yes", briefly explain: Violated my eighth amendment rights. I file a Bp8 with all my evidence to my claim. As Unit Manager MRs Ellis, is responsible of her unit and unit team. MRs. Ellis, fail to follow thragh with my complaint. I spoke to MRs Ellis on 10/3/22 after I handed her a Bp8 because my BP8 was never answered. MRs Ellis, response to me was "I wont no longer be working in this unit after the next two weeks" I made them aware of my problem from my arrival.

Continuation From Attachment A Page 10

B.8   Name of Defendant: W. Barr
      Position: D-1 Counselor
      Place of Employment: U.S.P Hazelton
      Address: 1640 Skiview Dr, Bruceton Mills, WV 26525 or
      P.O. Box 450, Bruceton Mills, WV 26525

      Was this Defendant acting under the authority or color of
federal State law at the time of these claims occured ☑Yes ☐No

If your answer is "Yes", briefly explain: The Defendant
violated my eighth amendment rights. He fail to follow through
with my complaint when I braight it to his attention on
July 14, 2022. He, Mr Barr was the person who told me Medical
took my singel Medical needed Bell away because my mental
health Care level was raise to a 2. He put me in the cell
with another inmate after I made him aware it can put my
life in danger. Mr Barr, gave Me two choices, either go
in a cell with the person they assign me to or go to
"SHU" Special Housing Unit. I chose to go in a cell so
I would be able to file my complain at the Administrative
level and with the court. These options are a lot harder
to complete from "SHU."

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 At U.SP Hazelton we are always on lock down and unable to get the documents and copies we need. I file a BP 8 on 8/19/22 was finaly able to make copies and hand to my counseler Mr Barr on 9/9/22 Have not received a responce.

LEVEL 2 BP9 was file on 10/3/22 Never received an answer to my BP8

LEVEL 3 _____

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes      ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

2.   Court: N/A
   *(If federal court, name the district; if state court, name the county)*

3.   Case Number: N/A

4.   Basic Claim Made/Issues Raised: N/A
_____
_____
_____

5.   Name of Judge(s) to whom case was assigned: N/A
_____

6.   Disposition: N/A
   *(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing lawsuit: N/A

**Attachment A**

8.   Approximate date of disposition. Attach Copies:

C.   Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
    ☐ Yes      ☐ No

D.   If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.



E.   Did you exhaust available administrative remedies?
    ☐ Yes      ☐ No

F.   If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

G.   If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.   Parties to previous lawsuit:

Plaintiff(s): _____ NA _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____ NA _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the* _facts_ *of your case.   Describe what* _each_ *defendant did to violate your constitutional rights.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places.   Do not give any legal arguments or cite any cases or statutes.   If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.   NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: I suffer from a rare condition that requires a singel cell. ON July 11 2022, I arrived to U.S.P Hazelton, with a singel cell pass I was put in a cell by my self. ON July 14th 2022, I was pulled out of the cell I was asign and put in a cell with another inmate. I was told by officers and my Counselor Mr Borris that my singel cell was taken away by HSA K.Blanke. By doing so Mr Blanke is being "Deliberately Indifferent" to my Medical Care there fore violating my eighth amendment rights.

Supporting Facts: My Medical records will Confirm my rare Condition and treatment. I have provided emails to HSA Mr Blanke. (See Exibit A, B, and C

CLAIM 2: After almos two months of not getting any where, on 9/14/22 I sent Dr Mims an email letting him Know my Concern regarding my Condition and Singel Cell. I never received a responce from the Doctor. Dr Mims, having my medical file and Choosing not to act on my complain makes him "Deliberately Indifferent" There fore violating my eighth amendment.

Supporting Facts: Has my Medical records and refused to ignore my treat ment. Email from my self to him.
(See Exibit A,B, and C

CLAIM 3: Acting Chief psychologist Dr Crach, is aware of every thing that i's going on. She is involved for the Simple reason I was told the reason my Singel Cell was taken away was because my mental health care level was raise to a Z. No Justificatio for the level being raise. I was told by Dr Crach She does not have any thing to do with my Singel Cell being taken away. But She refused to get involved.

Supporting Facts: Emails to Psycology from the day I arrive explaining whats been going on and my attemps to resolve this matter, BP8 grievance forms.
(See Exibit D)

CLAIM 4: On 9/20/22 I attempted to reach out to Warden S. Lovett through the inmate emails. I brought to his attention whats been going on. As the warden in his official capacity is liable for failur to properly train prison employees and to investigate serious claims. Violating my eighth amendment right

Supporting Facts: Email to Warden S. Lovett, BP8 grievance and medical records (See Exibit C, email to Warden Lovett)

CLAIM 5: Associate Warden of Operation : H Ray. I spoke to Mrs Ray on 9/22/22 at Maine line open house. I made her aware of my Situation. I explain the process I have been going through. I made her aware of the information in my medical file. She fail to act on my claim and investigate. Violating my eighth amendment rights.

Supporting Facts: Emails, BP8 grievence, medical record. (See Exibit A, B, and C.)

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

My life has been put in danger by the officials at USP Hazelton Please (See attach page.) Medical records and reports provided.

See Attachment

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I am requesting the court for a "Preliminary injunction" to prevent USP Hazelton, to put other inmates in a cell with me. I would request e the court to give me time to complete the grievance procedure.

( Continuation of page 15)

Claim 6: Associate Warden of Programs Mr.. D. Burnisky, fail to investigate and act on my complaint. There fore violating my eighth amendment rights. He fail to keep me safe and from harms way.

Supporting Facts: (See Exibit A, B, and C )

VI.  INJURY

Describe BRIEFLY and SPECIFICALY how you have been injured and the exact nature of your damages.

I suffer from a rare condition that can cost my life if I come across these items. I am highly allergic to baby powder, foot powder, and all related powder products. If I am not given my epi pen shot in time will die. All this is documented in my medical records which BOP medical staff have and are aware of. I don't have no actual injuries because the person I am currently being house with has agreed not to use those items that can cost me harm. Mr. Jean Caraballo #51895-069 will be going home on Nov 3, 2022, so it was not a problem for him. He also has been witness to my struggle with the facility officials. The problem comes in when some one else is put in the cell with me. I can't afford for that to happen, my life is on the line. I desperately need the court to intervene and help me.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  U SP  Hazelton  on  9/17/22 .
            (Location)               (Date)

                                 Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Ricardo Reyes

_____

_Your full name_

v.                                                    Civil Action No.: _____

S. Lovett, H. Ray, D. Burnisky
G. Mims, K. Blanke, ___ Crouch

_____

_Enter above the full name of defendant(s) in this action_

## Certificate of Service

I, Ricardo Reyes _____ (your name here), appearing _pro se_, hereby certify

that I have served the foregoing "Bivens Action" _____(title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on 9/17/22 . _____ (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)

_United States District Court_                25                _Northern District of West Virginia-2013_